1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

8
RODNEY MORRIS, on behalf of himself and )
all similarly situated persons,                              )

9
                                                                          )
                              Plaintiffs,                      )          Case No.  2:13-cv-00270-MMD-GWF

10
                                                                          )
vs.                                                                       )          **ORDER**

11
                                                                          )
CACH, LLC, *et al.*,                                      )

12
                                                                          )
                              Defendants.                  )

13
_____)

14
          This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested

15
Parties as required by LR 7.1-1.  On March 8, 2013, the Court ordered that  Plaintiff file a

16
Certificate as to Interested Parties as required by LR 7.1-1 on or before March 18, 2013 (Order #4).

17
To date, Plaintiff has failed to comply.  Accordingly,

18
          **IT IS ORDERED** that Plaintiff file a Certificate as to Interested Parties as required by LR

19
7.1-1 no later than **April 5, 2013**.  Failure to comply may result in the issuance of an order to show

20
cause why sanctions should not be imposed.

21
          DATED this 26th day of March, 2013.

22

23

24
GEORGE FOLEY, JR.
United States Magistrate Judge

25

26

27

28