# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MORRIS, on behalf of himself and all similarly situated persons, | ) ) ) |
| Plaintiffs, | ) Case No. 2:13-cv-00270-MMD-GWF |
| vs. | ) **ORDER** |
| CACH, LLC, *et al.*, | ) ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. On March 8, 2013, the Court ordered that Plaintiff file a Certificate as to Interested Parties as required by LR 7.1-1 on or before March 18, 2013 (Order #4). To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff file a Certificate as to Interested Parties as required by LR 7.1-1 no later than **April 5, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 26th day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge