J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendant
CACH, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MORRIS, on behalf of himself and all similarly situated persons,<br><br>                                            Plaintiffs,<br>     vs.<br><br>CACH, LLC, a Colorado Limited Liability Company; SQUARETWO FINANCIAL COMMERCIAL FUNDING CORPORATION, a Delaware corporation; et al.,<br><br>                                            Defendants. | Case:  2:13-cv-00270-MMD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CACH, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(first request sought in case)**<br><br>**(current deadline: 4/30/2013)** |

IT IS STIPULATED AND AGREED, by and between Plaintiff Rodney Morris and Defendant CACH, LLC, through their undersigned counsel of record, that Defendant CACH, LLC shall have up to and including May 15, 2013, within which to file an Answer or other responsive pleading to the Complaint on file.  The current deadline for CACH, LLC to respond to the Complaint is April 30, 2013.

There have been no previous extensions granted in this case.

. . .

. . .

. . .

. . .

. . .

. . .

The reason for this request is that Lewis and Roca was only recently retained by CACH, LLC and needs a short period of additional time to prepare a response to the Complaint.

| | LEWIS AND ROCA LLP |
|---|---|
| /s/ Craig B. Friedberg<br>Craig B. Friedberg, Esq.<br>4760 So. Pecos Road, Suite 103<br>Las Vegas, NV  89121<br>*Attorney for Plaintiff*<br>DATED:  4/30/2013 | /s/ J. Christopher Jorgensen<br>J. Christopher Jorgensen, Esq.<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, NV  89169<br>*Attorneys for Defendant CACH, LLC*<br>DATED: 4/30/2013 |

**ORDER**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED:   May 1, 2013