# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MORRIS, on behalf of himself and all similarly situated persons, | ) ) ) |
| Plaintiffs, | ) Case No. 2:13-cv-00270-APG-GWF |
| vs. | ) **ORDER** |
| CACH, LLC, *et al.*, | ) ) |
| Defendants. | ) ) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed February 19, 2013. Defendant SquareTwo Financial Commercial Funding Corporation filed its Answer (#15) May 15, 2013. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **July 18, 2013** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 8th day of July, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge