Abran E. Vigil
Nevada Bar No. 7548
Edward Chang
Nevada Bar No. 11783
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: vigila@ballardspahr.com
Email: change@ballardspahr.com

*Attorneys for Defendant SquareTwo Financial Commercial Funding Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MORRIS, on behalf of himself and all similarly situated persons,<br><br>　　Plaintiffs,<br><br>v.<br><br>CACH, LLC, a Colorado Limited Liability Company; SQUARETWO FINANCIAL COMMERCIAL FUNDING CORPORATION, a Delaware Corporation; DOES I-V inclusive and ROE Corporations VI-X, inclusive,<br><br>　　Defendants. | Case No. 2:13-cv-00270-APG-GWF<br><br>**JOINT REQUEST IN RESPONSE TO COURT'S ORDER #25 CONCERNING LR 26-1 OBLIGATIONS AND PROPOSED ORDER THEREON** |

　　Defendant SquareTwo Financial Commercial Funding Corporation ("SquareTwo"), by and through its attorneys of record, Abran Vigil and Edward Chang of the law firm Ballard Spahr LLP, Defendant CACH, LLC ("CACH") by and through it's attorneys of record J. Christopher Jorgensen and Meng Zhong of the law firm Lewis and Roca LLP, and Plaintiff Rodney Morris ("Morris") by and through his attorneys of record Craig B. Friedberg and Brian L. Bromberg respond to the Court's Order (#25) and jointly request certain limited relief as follows:

DMWEST #10049766 v1

1  The court has ordered that the parties file a proposed Stipulated Discovery Plan and Scheduling Order in compliance with LR 26-1 no later than July 18, 2013. [Dkt #25]. The parties, through counsel, conducted the 26(f) conference on July 15, 2013.

Based on motion practice that is pending and yet to be completed, the parties have agreed to jointly request that the Court temporarily stay all Rule 26 obligations until 30 days after briefing is concluded on the pending Motion to Amend/Correct Complaint [Dkt. 21], Motion to Dismiss [Dkt. 22], Response to Motion to Amend/Correct Complaint [Dkt. 24], Joinder to Response to Motion to Amend/Correct Complaint [Dkt. 26], and Joinder to Motion to Dismiss [Dkt. 27], or until the court rules on the motions, whatever is shorter.

The parties further request that the court allow them to, within 10 days after the court rules on the pending motions, or alternatively, 10 days after the 30 days after briefing is complete lapses, submit a discovery plan and scheduling order to the court that will otherwise comply with the deadlines set forth in Rule 26-1.

IT IS SO STIPULATED AN D JOINTLY REQUESTED.

Dated this 15th day of July, 2013.

| BALLARD SPAHR, LLP | LEWIS AND ROCA, LLP |
|---|---|
| By: /s/ Abran E. Vigil<br>    Abran E. Vigil<br>    Nevada Bar No. 7548<br>    Edward Chang<br>    Nevada Bar No. 11783<br>    100 North City Parkway, Suite 1750<br>    Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant SquareTwo Financial Commercial Funding Corporation* | By: /s/ J. Christopher Jorgensen<br>    J. Christopher Jorgensen, Esq.<br>    Meng Zhong, Esq.<br>    LEWIS AND ROCA LLP<br>    3993 Howard Hughes Parkway,<br>    Suite 600<br>    Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant CACH, LLC* |

DMWEST #10049766 v1

| | |
|---|---|
| LAW OFFICES OF CRAIG B. FRIEDBERG<br><br>By: /s/ Craig B. Friedberg<br>Craig B. Friedberg, Esq.<br>4760 South Pecos Road, Suite 103<br>Las Vegas, Nevada 89121<br><br>and<br><br>Brian L. Bromberg, Esq.<br>Bromberg Law Office, P.C.<br>40 Exchange Place, Suite 2010<br>New York, New York 10005<br><br>Attorneys for Plaintiffs | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_____