CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887
Email: attcbf@cox.net
and
BRIAN L. BROMBERG, ESQ.
NY Bar No. 2441947
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
Tel: 212-248-7906; Fax: 212-248-7908
Email: brian@bromberglawoffice.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODNEY MORRIS, on behalf of himself and all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CACH, LLC, a Colorado Limited Liability Company; SQUARETWO FINANCIAL COMMERCIAL FUNDING CORPORATION, a Delaware Corporation, DOES I-V inclusive and ROE Corporations VII-X, inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-270-APG-GWF<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS and TO REPLY TO DEFENDANTS' OPPOSITION TO HIS MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendants, by and through their respective attorneys, that the time for Plaintiff's response to Defendants' Motion to Dismiss (dkt # 22 & 27), currently due on July 18, 2013, and the time for Plaintiff's reply supporting his motion for leave to amend (dkt # 21), also currently due on July 18, 2013, shall be extended to August 8, 2013.

DATED this 15th day of July 2013.

BALLARD SPAHR LLP

/s/ *Craig B. Friedberg*                                    /s/ *Abran E. Vigil*
CRAIG B. FRIEDBERG                          ABRAN E. VIGIL
4760 South Pecos Road, Suite 103        100 North City Parkway, Suite 1750
Las Vegas, NV 89121                              Las Vegas, Nevada 89106
and                                                              *Attorneys for Defendant SquareTwo*
Brian L. Bromberg                                   *Financial Commercial Funding Corporation*
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
*Attorneys for Plaintiff*

LEWIS AND ROCA LLP

/s/ *J. Christopher Jorgensen*
J. CHRISTOPHER JORGENSEN
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant CACH, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated:_____

*Morris v. CACH, LLC et al.,* Case No.2:13-cv-270-APG-GWF
*Stip & Order to extend filing deadlines*

*Law Office of*
**CRAIG B. FRIEDBERG, ESQ.**
4760 SOUTH PECOS ROAD, SUITE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968   Telecopier (702) 946-0887