UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RODNEY MORRIS, on behalf of himself and all similarly situated persons, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:13-cv-00270-APG-GWF |
| vs. | ) ) | **ORDER** |
| CACH, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Joint Request in Response to Court's Order #25 Concerning LR 26-1 Obligations and Proposed Order Thereon (#28) filed July 15, 2013. Upon review and consideration,

**IT IS ORDERED** that the Court's Order #25 is withdrawn.

**IT IS FURTHER ORDERED** that the parties are to file a proposed discovery plan and scheduling order within ten (10) days after the briefing is complete on the pending Motion to Amend/Correct Complaint (#21) and Motion to Dismiss (#22).

DATED this 23rd day of July, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge