# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RODNEY MORRIS, on behalf of himself and all similarly situated persons,

        Plaintiffs,

vs.

CACH, LLC, *et al.*,

        Defendants.

Case No. 2:13-cv-00270-APG-GWF

**ORDER**

This matter is before the Court on the Joint Request in Response to Court's Order #25 Concerning LR 26-1 Obligations and Proposed Order Thereon (#28) filed July 15, 2013. Upon review and consideration,

**IT IS ORDERED** that the Court's Order #25 is withdrawn.

**IT IS FURTHER ORDERED** that the parties are to file a proposed discovery plan and scheduling order within ten (10) days after the briefing is complete on the pending Motion to Amend/Correct Complaint (#21) and Motion to Dismiss (#22).

DATED this 23rd day of July, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge