CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887
Email: attcbf@cox.net
and
BRIAN L. BROMBERG, ESQ.
NY Bar No. 2441947
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
Tel: 212-248-7906; Fax: 212-248-7908
Email: brian@bromberglawoffice.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODNEY MORRIS, on behalf of himself and all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CACH, LLC, a Colorado Limited Liability Company; SQUARETWO FINANCIAL COMMERCIAL FUNDING CORPORATION, a Delaware Corporation, DOES I-V inclusive and ROE Corporations VII-X, inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-270-APG-GWF<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES RE: PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT [21] AND CACH'S MOTION TO DISMISS [22]**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendants, by and through their respective attorneys, that the time for Plaintiff's response to CACH's Motion to Dismiss [22], currently due on August 15, 2013, and the time for Plaintiff's reply supporting his motion for leave to amend [21], also currently due on August 15, 2013, shall be extended to August 22, 2013. It is further agreed that because of the Labor Day holiday, Defendant CACH shall have 14

///
///
///
///
///
///

days from the date Plaintiff files his response to the motion to dismiss to file its reply supporting the motion to dismiss.

DATED this 14th day of August 2013.

/s/ Craig B. Friedberg
CRAIG B. FRIEDBERG
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
and
Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
*Attorneys for Plaintiff*

LEWIS AND ROCA LLP

/s/ *J. Christopher Jorgensen*
J. CHRISTOPHER JORGENSEN
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant CACH, LLC*

BALLARD SPAHR LLP

/s/ *Abran E. Vigil*
ABRAN E. VIGIL
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
*Attorneys for Defendant SquareTwo Financial Commercial Funding Corporation*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 15, 2013.