# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MORRIS, on behalf of himself and all similarly situated persons,<br><br>                Plaintiffs,<br><br>vs.<br><br>CACH, LLC, *et al.*,<br><br>                Defendants. | Case No. 2:13-cv-00270-APG-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Stipulated Motion of Defendants and Plaintiff to Extend Discovery (First Request) (#59) filed March 11, 2014, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than August 1, 2014. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

    1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **August 21, 2014**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 11th day of August, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge